UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VANCE LUTZ,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA, *et al.*,<br>　　　　　　　　Defendants. | Case No. 3:25-cv-00423-MMD-CLB<br><br>ORDER |

On August 13, 2025, Vance Lutz, a pro se an inmate in the custody of Washoe County Detention Center, applied to proceed *in forma pauperis*. (ECF No. 1-1). Lutz's application to proceed *in forma pauperis* is incomplete because **the financial certificate is not complete, and he did not include an inmate trust fund account statement for the previous six-month period with the application**. The Court will deny Lutz's application to proceed *in forma pauperis* without prejudice and give Lutz the opportunity to correct these deficiencies **by October 17, 2025**.

It is also not clear what type of action Lutz is trying to bring because he did not file a complaint, a petition for a writ of habeas corpus, or any other documents together with his application to proceed *in forma pauperis*. On his application to proceed *in forma pauperis*, Lutz checked a box stating that he is bringing a motion under 28 U.S.C. § 2255. (ECF No. 1-1 at 1). The Court notes that 28 U.S.C. § 2255 allows a person in federal custody to challenge his sentence. Given that Lutz is currently being detained at Washoe County Detention Center, it seems unlikely that Lutz is attempting to challenge a federal sentence.

If Lutz wishes to challenge a state conviction or sentence, or his ongoing detention in state custody, he must file the appropriate petition for a writ of habeas corpus under 28 U.S.C. § 2254 or §2241. If Lutz wishes to challenge the conditions at Washoe County Detention Center, then he may file a civil rights complaint under 42 U.S.C. § 1983. Lutz

must file a civil rights complaint under 42 U.S.C. § 1983, a petition for a writ of habeas corpus under 28 U.S.C. § 2254 or §2241, or a motion challenging his federal sentence under 28 U.S.C. § 2255 on or before **October 17, 2025**.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

IT IS FURTHER ORDERED that Lutz has **until October 17, 2025,** to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

IT IS FURTHER ORDERED that Lutz has until **October 17, 2025**, to file a civil rights complaint under 42 U.S.C. § 1983, a petition for a writ of habeas corpus under 28 U.S.C. § 2254 or §2241, or a motion challenging his federal sentence under 28 U.S.C. § 2255.

Lutz is cautioned that this action will be subject to dismissal without prejudice if Lutz fails to timely comply with this order. A dismissal without prejudice allows Lutz to refile the case with the Court, under a new case number, when Lutz can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Lutz the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED: August 18, 2025.

_____
UNITED STATES MAGISTRATE JUDGE